| | | | |
|---|---|---|---|
| | AUSA: | Thomas Franzinger | Telephone: (313) 226-9774 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Zachary Ferster | Telephone: (313) 234-4000 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Terrence Campbell

Case: 2:25−mj−30298 Assigned To :
Unassigned Assign. Date : 5/8/2025
Case No.   Description: CMP USA V. CAMPBELL (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 8, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Zachary Fester, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __May 8, 2025__

_____
Judge's signature

City and state: __Detroit, MI__    Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Zachary Ferster, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I have been a DEA Special Agent since November 2020. I am a currently assigned to the DEA Detroit Division Office. I am currently assigned to the Strike Force Group 8. I have experience in the investigation, apprehension and prosecution of individuals involved in narcotics trafficking and money laundering offenses; and have participated in numerous investigations and arrests involving the violation of Federal narcotics and money laundering laws. I have participated in federal wiretaps, undercover operations, and federal and state residential search warrants, all of which have resulted in numerous arrests, narcotics seizures, asset seizures, and indictments.

2. The statements contained in this affidavit are based upon my experience as a DEA Special Agent and information provided by other Special Agents and law enforcement officers who have personal knowledge of the events and circumstances described herein, and information gained through training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. As explained below, there is probable cause to believe that Terence Lamar CAMPBELL has committed violations of 21 U.S.C. § 841(a)(1) and (b)(1)(a), Possession with Intent to Distribute a Controlled Substance.

## Probable Cause

4. On May 6, 2025, Terence CAMPBELL was indicted by a grand jury for one count of conspiracy to launder more than $700,000 in monetary instruments to conceal and disguise the nature, location, source, ownership, and control of the proceeds of drug trafficking, in violation of 18 U.S.C. § 1956(h). *United States v. Campbell*, Case No. 25-20320.

5. On May 8, 2025, DEA agents arrested CAMPBELL on that indictment at his residence in Detroit, Michigan. DEA agents simultaneously executed a federal warrant to search that location for evidence of drug trafficking based on a separate investigation.

6. Agents executing these warrants found CAMPBELL alone in his home. Agents also found approximately 17 kilograms of suspected cocaine in duffel bags in the basement, as shown in this photograph:



7.      Agents conducted field tests on the substance in three of these bricks, one for each of the different style of packaging. Each of them tested positive for the presence of cocaine.

8.      CAMPBELL was convicted in 2008 for Possession with Intent to Distribute Cocaine and Money Laundering in the Eastern District of Michigan. He was sentenced to 10 years in prison. At the time of the conduct alleged in the Indictment in Case No. 25-20320, CAMPBELL was still serving his term of supervised release for his 2008 conviction. Because of his prior drug trafficking conviction, he is eligible for an enhanced sentence under 21 U.S.C. § 851 for the conduct alleged in this complaint.

## Conclusion

9.      Based on this information, there is probable cause to believe that Terence Lamar CAMPBELL has committed violations of 21 U.S.C. § 841(a) and

(b)(1)(a), Possession with Intent to Distribute a Controlled Substance.

_____
Zachary Fester, Special Agent
Drug Enforcement Administration

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

May 8, 2025